NO. 04-15-00183-CR

FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

RICHARD LARES,
Appellant

V.

THE STATE OF TEXAS,
Appellee

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JUN 25 PM 1:07

KEITH E. HOTTLE, CLERK

## MOTION TO STAY JUDGMENT AND CONVICTION

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes Now, Richard Lares, TDCJ #1592255, Movant herein, in style and cause and files this Motion To Stay Judgment and Conviction and respectfully asks the Honorable Justices for an Order to Release Movant from custody Forthwith and in support provides the following:

I.

Movant is Pro Se and in custody in the Texas Department of Criminal Justice Correctional Institution's Pack 1 Unit, 2400 Wallace Pack Rd., Navasota, in Grimes County, Texas 77868.

II.

Movant is challenging his Conviction and Judgment as being Unconstitutional and believes that the current Sentence is Void.

III.

Movant is NOT a flight risk nor is he a threat to anyone as demonstrated by his ability to maintain all Bond and Pretrial appointments as scheduled and the fact that NO ONE complained that he might have committed any other offense.

IV.

Movant requires the resources that one can only get while at "liberty" because the Texas Department of Criminal Justice System no longer maintains an up todate Law Library with the technology that one can get while at "liberty". Movant avers that a family member, former U.S. Congressman Albert Bustamonte,

once offered to help him(movant) in this criminal case and intends to seek out this family member for assistance. Plus movant's mom, Maria Bustamonte-Chapman, will see to it that movant makes it to all hearings and Bond appointments. Movant has a good family support that includes San Antonio Police Chaplain Rev. James P. Worley and brothers, sisters, aunts and uncles.

V.

Movant had a Bond with AAmigo Bail Bonds during all pretrial proceedings under Cause No. 2006-CR-10110 in San Antonio, Texas Bexar County and believes that he can obtain Bail once again from the same Bonds place.

PRAYER

WHEREFORE PREMISES CONSIDERED, Movant Prays that the Honorable Justices Grant this Motion to Stay Judgment and Conviction in the interest of justice or at the very least grant any other relief within its jurisdiction.

SO MOVED, SO PRAYED FOR.

Respectfully Submitted,

Richard Lares, Pro Se

CERTIFICATE OF SERVICE

I have read the pleading and to the beast of my knowledge and belief, formed after reasonable inquiry, that the instrument is NOT groundless, brought in bad faith or brought for the purpose of harrassment, unnecessary delay, or for other improper purpose. That on the Date written in this Certificate, Movant has forward a true and correct copy of this Motion to Stay Judgment and Conviction by U.S. Mail to Bexar County D.A.'s Office at Paul Elizondo Tower 101 W. Nueva, Ste. 7th Fl., San Antonio, Texas 78205 and to the Clerk of the Fourth Court of Appeals District, at Cadena-Reeves Justice Center, 300 Dolorosa Suite 3200, San Antonio, Texas 78205-3037 sent by U.S. Postal Mail on 06/22/2015.

Sincerely,

Richard Lares

Dear Clerk of the Fourth Court of Appeals: 6/22/15

I, Richard Lares, Appellant in Case No. 04-15-00183-CR have enclosed Motion to Stay Judgment and Conviction. Please process and present it to the Honorable Justices of said court, Please.

Thank You for Your Service in this matter.

Sincerely,

X _Richard Lares_

Richard Lares, Pro Se

Richard Lares 1592255
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Tx. 77868

Legal
Mail

NORTH HOUSTON TX 773
23 JUN 2015 PM 8 1

Clerk of The Fourth Court
of Appeals
Cadena- Reeves Justice Center
300 Dolorosa Suite 3200
San Antonio, Tex. 78205-3037

78205303799